UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BYRON BREEZE, JR.,

                Plaintiff,

      v.                              **ORDER**

BLUE MOON HOTEL NYC INC., and BLUE      20 Civ. 1102 (ER)
MOON HOTEL LIMITED,

                Defendants.

RAMOS, D.J.

On February 7, 2020, Byron Breeze, Jr. brought this action against Blue Moon Hotel NYC Inc. and Blue Moon Hotel limited ("Defendants") for violation of the Americans with Disabilities Act and related claims. Doc. 1. On February 25, 2021, the Clerk issued a certificate of default against Defendants. Breeze has not yet moved for default judgment. Breeze is therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.