UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
BYRON BREEZE, JR.,

                CASE NO.: 1:20-cv-01102-ER

      Plaintiff,

                NOTICE OF VOLUNTARY
                DISMISSAL WITHOUT PREJUDICE

  v.

BLUE MOON HOTEL NYC INC. and
BLUE MOON HOTEL LIMITED,

      Defendants.
-----------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice as to defendants BLUE MOON HOTEL NYC INC. and BLUE MOON HOTEL LIMITED.

DATED: Garden City, New York
       April 5, 2021

                Respectfully submitted,

                **Bashian & Papantoniou, P.C.**
                *Attorneys for Plaintiff*
                500 Old Country Road, Ste. 302
                Garden City, NY 11530
                Tel:   (516) 279-1554
                Fax:  (516) 213-0339

                *By: /s/ Erik M. Bashian*
                **ERIK M. BASHIAN, ESQ.**
                eb@bashpaplaw.com